IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARISSA L. MILLER,** | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | CIVIL ACTION No. 1:21-cv-00036 |
| | * | |
| **NATIONAL MINORITY** | * | |
| **AIDS COUNCIL,** | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MARISSA L. MILLER, and Defendant, NATIONAL MINORITY AIDS COUNSEL, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Cullan E. Jones
Cullan E. Jones
DC Bar 1046743
FORDHARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602
(813) 261-7810
cjones@fordharrison.com

*Counsel For Defendant,*
*National Minority Aids Counsel*

/s/ David Hilton Wise
David Hilton Wise
DC Bar 427796
WISE LAW FIRM, PLC
10640 Page Ave.
Suite 320 Fairfax, VA 22030
(703) 934-6377
dwise@wiselaw.pro

*Counsel for Plaintiff, Marissa Miller*